IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COLOPLAST CORP.,
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2387
Honorable Joseph R. Goodwin

This Document Relates to:

MELISSA LANSING,

    Plaintiff,

v.

COLOPLAST CORP.,

    Defendant.

CIVIL ACTION NO. 2:14-cv-22187

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Melissa Lansing, and Defendant Coloplast Corp.[1] ("Coloplast"), jointly move the court to dismiss with prejudice this action and all claims against Coloplast, which were or could have been asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and fees.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

Dated: August 23, 2018

Respectfully submitted,

*/s/ Christopher W. Cantrell*
Christopher W. Cantrell
William J. Doyle, II
DOYLE LOWTHER
Suite 275
4400 NE 77th Avenue
Vancouver, WA 98662
T: 360/818-9320
F: 360/450-3116
ccantrell@doylelowther.com
bill@doylelowther.com
*Attorney for Plaintiff*


*/s/ Lana K. Varney*
Lana K. Varney
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
T: 512/457-2060
F: 512/457-2100
lvarney@kslaw.com
*Attorney for Defendant Coloplast Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Lana K. Varney*
Lana K. Varney